UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ANGELO ALEXANDRO CODALLO-CAMBERO,

Petitioner,

v.

PATRICK DIVVER, Field Office Director of Enforcement and Removal Operations, San Diego Field Office; Immigration and Customs Enforcement,

Respondents.

Case No.: 3:26-cv-2906-JES-AHG

**ORDER DISMISSING PETITION AS DUPLICATIVE AND CLOSING CASE**

**[ECF No. 1]**

On May 13, 2026, the Court issued an Order to Show Cause ("OSC") for Petitioner to address whether this filing is duplicative of 3:26-cv-2559-JES-AHG and explain why the Court should not close this case and direct all filings to 26-cv-2559. Petitioner was ordered to file a brief by May 19, 2026. The Court cautioned Petitioner that if he did file anything by that date, the Court would issue an order closing this case. To date, Petitioner has not filed a response. The Court therefore **DISMISSES** this action as duplicative, without prejudice to Petitioner's other petition. The Clerk of Court is **DIRECTED** to **CLOSE** only this case.

**IT IS SO ORDERED.**

Dated: May 21, 2026

Honorable James E. Simmons Jr.
United States District Judge

1

3:26-cv-2906-JES-AHG